# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AVERY MIGUEL PERRY, SR.** | : | **CIVIL ACTION** |
| **& FAMILY,** | : | |
| *Plaintiffs* | : | |
| | : | |
| v. | : | NO. 23-CV-0073 |
| | : | |
| **HONORABLE JEFFERY R. SOMMER,** | : | |
| *Defendant* | : | |

## O R D E R

**AND NOW**, this 10th day of January, 2023, upon consideration of Plaintiff Avery Miguel Perry, Sr.'s Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is finally **DISMISSED** for the reasons in the Court's Memorandum as follows:

    a. Perry's claims are **DISMISSED WITH PREJUDICE**; and

    b. Claims raised on behalf of anyone other than Perry are **DISMISSED WITHOUT PREJUDICE** for lack of standing.

4. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*